UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Case No. CR 14-0539 WHA** |
| Plaintiff, | ) ) | [PROPOSED] **PRELIMINARY ORDER OF FORFEITURE** |
| v. | ) | |
| AARON HUANG, | ) ) | |
| Defendant. | ) ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on June 09, 2015, wherein the defendant AARON HUANG admitted and agreed to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant to Title 21, United States Code, Section 853(a)(1) & (2):

a. One Taurus PT 145 Pro .45 caliber handgun, serial number NBS59486, and two magazines, seized from his bedroom at 273 Hahn Street in San Francisco, California, on or about January 9, 2015;

b. One Winchester model 1300 Defender 12 gauge shotgun, serial number L3629526, seized from his bedroom at 273 Hahn Street in San Francisco, California, on or about January 9, 2015;

c. One Remington model 597 .22 LR caliber rifle, serial number 2791145, seized from his bedroom at 273 Hahn Street in San Francisco, California, on or about January 9, 2015;

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE - HUANG
CR 14-0539 WHA                                       1

    d.  75 rounds of 12 gauge shotgun ammunition, seized from his bedroom at 273 Hahn Street in San Francisco, California, on or about January 9, 2015; and

    e.  965 rounds of .22 LR caliber ammunition, seized from his bedroom at 273 Hahn Street in San Francisco, California, on or about January 9, 2015.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish for at least thirty days on the government website www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, the government may conduct discovery, in order to identify, locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS ALSO FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

Dated this  8th  day of  September      2015.

                                          WILLIAM ALSUP
                                          United States District Judge