UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-0539 WHA |
| Plaintiff, | [~~PROPOSED~~] **FINAL ORDER OF FORFEITURE** |
| v. | |
| AARON HUANG, | |
| Defendant. | |

On September 08, 2015, this Court entered a Preliminary Order of Forfeiture forfeiting the following property from Aaron Huang pursuant to Title 21, United States Code, Section 853(a)(1) & (2):

a. One Taurus PT 145 Pro .45 caliber handgun, serial number NBS59486, and two magazines, seized from his bedroom at 273 Hahn Street in San Francisco, California, on or about January 9, 2015;

b. One Winchester model 1300 Defender 12 gauge shotgun, serial number L3629526, seized from his bedroom at 273 Hahn Street in San Francisco, California, on or about January 9, 2015;

c. One Remington model 597 .22 LR caliber rifle, serial number 2791145, seized from his bedroom at 273 Hahn Street in San Francisco, California, on or about January 9, 2015;

d. 75 rounds of 12 gauge shotgun ammunition, seized from his bedroom at 273 Hahn Street in San Francisco, California, on or about January 9, 2015; and

   e. 965 rounds of .22 LR caliber ammunition, seized from his bedroom at 273 Hahn Street in San Francisco, California, on or about January 9, 2015.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petition claiming any of the property has been filed.

**THEREFORE IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States pursuant to Title 21, United States Code, Section 853(a)(1) & (2) and that all rights, title, and interest in the property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: December 7, 2015.

_____
WILLIAM ALSUP
United States District Judge